Commonwealth *v.* Wingate, Appellant.

Submitted December 6, 1972. *Isadore Penn,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Zapata, Appellant.

Argued December 6, 1972. *Donald M. Moser,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Edmond H. Heisler* and *James T. Ranney,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.